UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. James B. Clark |
| | : | |
| v. | : | Mag. No. 22-12096 |
| | : | |
| ABDUL RAUF | : | **ORDER OF DISMISSAL** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Philip R. Sellinger, United States Attorney for the District of New Jersey, hereby dismisses the Complaint, Mag. No. 22-12096, as to Abdul Rauf only, which charges the defendant with knowingly and willfully conspiring to solicit illegal remuneration in violation of the federal Anti-Kickback Statute, because further prosecution is not in the interests of the United States at this time.

This dismissal is without prejudice.

PHILIP R. SELLINGER
United States Attorney

Leave of the Court is granted for filing the foregoing dismissal.

_____
HON. JAMES B. CLARK
United States Magistrate Judge