Abdul Rauf

34 Grand Cove Way, Edgewater NJ 07020

 917-848-6362

a.rauf7@gmail.com

March, 18 2025

**United States District Court District of New Jersey**

**Re: Case Number 22-MJ-12096-JBC – Abdul Rauf & Phoenix Business Solutions, Inc. – Motion to Strike Records**

Honorable Judge Clark,

This letter concerns Case Number 22-MJ-12096-JBC, Abdul Rauf & Phoenix Business Solutions, Inc., and my previously filed Motion to Strike Records for the dismissed case.

I am writing to formally request a change of address for all future correspondences related to this matter. Please update the court's records to reflect my current address:

Abdul Rauf    34 Grand Cove Way Edgewater, NJ 07020

I am now representing myself *pro se* in this matter and wish to receive all future communications directly.

Furthermore, I respectfully request that a copy of the opposition to my Motion to Strike Records be sent to me at the above-mentioned address.

Additionally, I respectfully request an extension of time to review the opposition and prepare a response. Due to the complexity of the matter and the need to adequately address the arguments presented in the opposition, I request an extension of [Number] days from the date I receive the opposition.

I appreciate the Court's attention to these requests.

Respectfully submitted,

Abdul Rauf